IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-14 (MTT) |
| | ) |
| JAMES TOLLIVER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The government has moved the Court to continue this case to the next trial term. Doc. 28.  The defendant was indicted on March 14, 2023, and had his arraignment in this Court on March 30, 2023.  Docs. 1; 11.  One prior continuance has been granted. Doc. 21.  The defendant filed two motions to suppress and requested an evidentiary hearing on May 23, 2023.  Docs. 24; 25.  The government now moves the Court to continue this case to the next trial term to provide additional time for the Court to resolve defendant's pending motions, and for defendant's counsel to meaningfully investigate the case and discuss possible resolution with counsel for the government.  Doc. 28 ¶ 4. The defendant does not oppose the motion.  *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 28) is **GRANTED**.  The case is continued from the July term until the Court's trial term presently scheduled for **September 11, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 22nd day of June, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT