## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CASE NO. 5:23-CR-14 (MTT)** |
| ) | |
| **JAMES TOLLIVER,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

The government has moved the Court to continue this case to the next trial term. Doc. 38. The defendant was indicted on March 14, 2023, and had his arraignment in this Court on March 30, 2023. Docs. 1; 11. Two prior continuances have been granted. Docs. 21; 29. The defendant filed two motions to suppress, and an evidentiary hearing was held July 28, 2023. Docs. 24; 25; 32. The government now moves the Court to continue this case to the next trial term to provide additional time for the Court to resolve defendant's pending motions, for the government to seek its anticipated superseding indictment, and for the parties to further discuss a possible resolution to the case. Doc. 38 ¶ 6. The defendant does not oppose the motion. *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 38) is **GRANTED**. The case is continued from the September term until the Court's trial term presently scheduled for **November 13, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 22nd day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT